UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                   Plaintiff,<br><br>vs.<br><br>Jovan Marquis Harris,<br><br>                   Defendant. | Case No.: 3:16-cr-00145<br><br>**MOTION FOR JUDGMENT OF ACQUITTAL** |

TO: PLAINTIFF AND ITS ATTORNEYS, BRETT M. SHASKY, UNITED STATES ASSISTANT ATTORNEY, QUENTIN N. BURDICK US COURTHOUSE, 655 1ST AVENUE NORTH, SUITE 250, FARGO, ND 58102-4932.

The Defendant, Jovan Marquis Harris ("Mr. Harris"), by and through his attorney, Kenneth J. Kohler, hereby moves the Court, pursuant to Rule 29 of the Federal Rules of Criminal Procedure and for the specific reasons set-forth in a Memorandum of Law to be filed, for a Judgment of Acquittal.

Dated this 16th day of May, 2018.

                                                         **VOGEL LAW FIRM**

                                           */s/ KENNETH J. KOHLER*
                              BY: Kenneth J. Kohler
                                   (ND #06338)
                                   (MN#0143170)
                                   215 30th Street North
                                   P. O. Box 1077
                                   Moorhead, MN  56561-1077
                                   Telephone:  218.236.6462
                                   Email:    kkohler@vogellaw.com
                                   ATTORNEYS FOR DEFENDANT