# UNITED STATES DISTRICT COURT

**DISTRICT OF NORTH DAKOTA**

**ROBERT ANSLEY, CLERK**

HEADQUARTERS
220 EAST ROSSER - ROOM 476
BISMARCK - 58501
POST OFFICE BOX 1193
BISMARCK - 58502
TELEPHONE: (701) 530-2300
FACSIMILE: (701) 530-2312

DIVISIONAL OFFICE
655 1ST AVENUE NORTH - Suite 130
FARGO - 58102-4932
TELEPHONE: (701) 297-7000
FACSIMILE: (701) 297-7005

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL CASE NO. 3:16-cr-272 |
| ) | |
| Jovan Marquis Harris ) | |

## RECEIPT

RECEIVED of the following Exhibits:

Government's Exhibit #26 - Heroin found with JHL
Government's Exhibit #55 - Heroin from 3/21/16 Controlled Buy
Government's Exhibit #56 - Heroin from 3/22/16 Controlled Buy
Government's Exhibit #57 - Heroin Residue from Search Warrant

Dated: 6/6/18

Received By:

ROBERT ANSLEY, CLERK

Ashley Sanders, Deputy Clerk